

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEFF CRONQUIST                                   CIVIL ACTION

VERSUS                                           NO. 00-0348

FORFAM INCORPORATED                              SECTION "S"

ORDER

More than 120 days have elapsed since the filing of the complaint in this action. The record reflects that an answer has not been filed by Forfam Incorporated.

Accordingly,

IT IS ORDERED that counsel for plaintiff enter a default against defendants who has not filed an answer or show good cause in writing within thirty days why this matter should not be dismissed for failure to prosecute. If counsel for plaintiff fails to enter a default or to show good cause **in writing**, the above-named defendants will be dismissed without prejudice for failure to prosecute without further notice in accordance with F.R. Civ. P 41(b).

New Orleans, Louisiana, this 12 day of June, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 1 2 2000